FILED
08 OCT -9 AM 9:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF           CV 08   80198MISC

John William Millar - #156804

_____/

**ORDER TO SHOW CAUSE**

It appearing that John William Millar has been suspended for one (1) year and two (2) years probation with conditions by the Supreme Court of California effective July 12, 2008,

**IT IS ORDERED**

That respondent show cause in writing on or before November 12, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John William Millar
Attorney At Law
1230 Columbia Street, Suite 600
San Diego, CA 92101