FILED

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                  No CV 08-80198 MISC VRW

John William Millar,                  ORDER

    State Bar No 156804
_____/

    On October 9, 2008, the court issued an order to show cause (OSC) why John William Millar should not be removed from the roll of attorneys authorized to practice law before this court based on his one year suspension by the California Supreme Court. The OSC was mailed to Mr Millar's address of record with the State Bar. Mr Millar filed no response.

    The court now orders John William Millar removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

John William Millar,

_____/

Case Number: C 08-80198 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Millar
1230 Columbia Street, Ste 600
San Diego, CA 92101

November 24, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk